Case 2:22-cv-07308-GW-MAR Document 1-1 Filed 10/06/22 Page 1 of 7 Page ID #:5
Electronically FILED by Superior Court of California, County of Los Angeles on 08/31/2022 03:43 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton,Deputy Clerk
22STCV28451

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Audra Mori

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Paul S. Zuckerman  SBN: 155539 <br> Carpenter & Zuckerman <br> 8827 West Olympic Boulevard <br> Beverly Hills, CA 90211 <br> TELEPHONE NO: 310-273-1230   FAX NO. *(Optional)*: 310-858-1063 <br> E-MAIL ADDRESS *(Optional)*: eservice@cz.law <br> ATTORNEY FOR *(Name)*: Plaintiff, CHRISTINA PEREZ | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: CHRISTINA PEREZ, an Individual

DEFENDANT: DIVERSIFIED TRANSPORTATION ACCESS, LLC, (SEE ATTACHED)

[X] DOES 1 TO 50, Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number)*:

Type *(check all that apply)*:
[X] MOTOR VEHICLE   [X] OTHER *(specify)*: General Negligence and
  [X] Property Damage   [ ] Wrongful Death   UNRUH/ADA Violations
  [X] Personal Injury   [X] Other Damages *(specify)*: LOSS OF FUTURE
                                                        EARNINGS AND MEDICAL EXPENSES

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded   [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: 22STCV28451

1. Plaintiff *(name or names)*: CHRISTINA PEREZ, an Individual
   alleges causes of action against defendant *(name or names)*: DIVERSIFIED TRANSPORTATION ACCESS, LLC,
   a California Limited Liability Company; (SEE ATTACHMENT)
2. This pleading, including attachments and exhibits, consists of the following number of pages: 7
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property Damage, Wrongful Death
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001

| SHORT TITLE: CHRISTINA PEREZ vs. DIVERSIFIED TRANSPORTATION ACCESS, LLC, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] except defendant DIVERSIFIED TRANSPORTATION ACCESS
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) [X] other *(specify)*:
           a Limited Liability Company

   c. [X] except defendant *(name)*: MODIVCARE SOLUTIONS
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) [X] other *(specify)*:
           a Limited Liability Company

   b. [X] except defendant UBER TECHNOLOGIES,
      (1) ☐ a business organization, form unknown
      (2) [X] a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   [X] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers)*: 1-50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers)*: 1-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: CHRISTINA PEREZ vs. DIVERSIFIED TRANSPORTATION ACCESS, LLC, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
    a. [X] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [X] Other (*specify*): UNRUH/ADA Violations of Health & Safety Code Section 19955; Civil Code Sections 51 et seq., 52 et seq., 52(a), 54, 54.1 & 54.3; and Title II of the Americans with Disabilities Act of 1990

11. Plaintiff has suffered
    a. [X] wage loss
    b. [ ] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [X] property damage
    f. [X] loss of earning capacity
    g. [X] other damage (*specify*): Future Loss of Earnings and Future Medical Expenses. Interest as Permitted by Law. UNRUH/ADA violation damages, including but not limited to, treble damages of no less than $4,000, attorney fees and costs pursuant to Civil Code sections 52(a) and 54.3. Other equitable remedies as allowed by law.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [ ] punitive damages
    The amount of damages is (*in cases for personal injury or wrongful death, you must check (1)*).
       (1) [X] according to proof
       (2) [X] in the amount of: $ In the excess of $25,000.00

15. [X] The paragraphs of this complaint alleged on information and belief are as follows (*specify paragraph numbers*). MV-1; GN-1; STATUTORY (UNRUAH/ADA) VIOLATIONS AGAINST DEFENDANTS

16. **DEMAND FOR JURY TRIAL: Plaintiff hereby demands a trial by jury in all the aforementioned matters**

Date: July 28, 2022

Paul S. Zuckerman
(TYPE OR PRINT NAME)                        (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

MC-025

| SHORT TITLE: CHRISTINA PEREZ vs. DIVERSIFIED TRANSPORTATION ACCESS, LLC, et al. | CASE NUMBER: |
|---|---|

**ATTACHMENT** (Number): _____5_____

*(This Attachment may be used with any Judicial Council form.)*

MODIVCARE SOLUTIONS, LLC, a Delaware Limited Liability Company; UBER TECHNOLOGIES, INC., a Delaware Corporation; and DOES 1 to 50, Inclusive

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __1__ of __1__
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001(1)

| SHORT TITLE: CHRISTINA PEREZ vs. DIVERSIFIED TRANSPORTATION ACCESS, LLC, et al. | CASE NUMBER: |
|---|---|

### CAUSE OF ACTION—Motor Vehicle

__ONE__
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* CHRISTINA PEREZ, an Individual

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* MARCH 17, 2021
at *(place):* 5807 AVALON BOULEVARD, LOS ANGELES, CALIFORNIA 90011

MV- 2. DEFENDANTS
  a. [X] The defendants who operated a motor vehicle are *(names):* DIVERSIFIED TRANSPORTATION ACCESS, LLC, a California Limited Liability Company; MODIVCARE SOLUTIONS, LLC, a Delaware Limited Liability Company; UBER TECHNOLOGIES, INC., a Delaware Corporation; and
    [X] Does 1 to 50, Inclusive
  b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):* DIVERSIFIED TRANSPORTATION ACCESS, LLC, a California Limited Liability Company; MODIVCARE SOLUTIONS, LLC, a Delaware Limited Liability Company; UBER TECHNOLOGIES, INC., a Delaware Corporation; and
    [X] Does 1 to 50, Inclusive
  c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names):* DIVERSIFIED TRANSPORTATION ACCESS, LLC, a California Limited Liability Company; MODIVCARE SOLUTIONS, LLC, a Delaware Limited Liability Company; UBER TECHNOLOGIES, INC., a Delaware Corporation; and
    [X] Does 1 to 50, Inclusive
  d. [X] The defendants who entrusted the motor vehicle are *(names):* DIVERSIFIED TRANSPORTATION ACCESS, LLC, a California Limited Liability Company; MODIVCARE SOLUTIONS, LLC, a Delaware Limited Liability Company; UBER TECHNOLOGIES, INC., a Delaware Corporation; and
    [X] Does 1 to 50, Inclusive
  e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* DIVERSIFIED TRANSPORTATION ACCESS, LLC, a California Limited Liability Company; MODIVCARE SOLUTIONS, LLC, a Delaware Limited Liability Company; UBER TECHNOLOGIES, INC., a Delaware Corporation; and
    [ ] Does 1 to 50, Inclusive
  f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    [ ] listed in Attachment MV-2f  [X] as follows: Defendants, and each of them, who negligently and carelessly serviced, repaired, maintained and/or inspected defendant's vehicle, legally causing the injuries herein above described are: DIVERSIFIED TRANSPORTATION ACCESS, LLC, a California Limited Liability Company; MODIVCARE SOLUTIONS, LLC, a Delaware Limited Liability Company; UBER TECHNOLOGIES, INC., a Delaware Corporation; and

    [X] Does 1 to 50, Inclusive

Page 5

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001(2)

| SHORT TITLE: CHRISTINA PEREZ vs. DIVERSIFIED TRANSPORTATION ACCESS, LLC, et al. | CASE NUMBER: |
|---|---|

__SECOND__ **CAUSE OF ACTION—General Negligence** Page 6
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* CHRISTINA PEREZ, an Individual

alleges that defendant *(name):* DIVERSIFIED TRANSPORTATION ACCESS, LLC, a California Limited Liability Company (SEE ATTACHMENT)

[X] Does ___1___ to ___50, Inclusive___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* MARCH 17, 2021
at *(place):* 5807 AVALON BOULEVARD, LOS ANGELES, CALIFORNIA 90011

*(description of reasons for liability):*

At said time and place, Defendants, and each of them, so negligently owned, maintained, operated, entrusted, and/or drove a motor vehicle and/or transportation service so as to cause injuries and damages to Plaintiff. Plaintiff was injured and sustained damages as a direct legal cause of Defendants' negligence and but for the negligence of Defendants, and each of them, Plaintiff would not have been injured and sustained damages. Defendants negligently hired, trained, managed, directed, instructed and/or supervised their agents and/or employees, the result of which legally and directly caused the accident and Plaintiff's injuries and damages.

Defendants violated various Vehicle Code sections including, but not limited to, Vehicle Code section 21950(a) in causing this accident and injuries and damages to Plaintiff in an amount to be provided at the time of trial.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

MC-025

| SHORT TITLE: CHRISTINA PEREZ vs. DIVERSIFIED TRANSPORTATION ACCESS, LLC, et al. | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): ____TWO____

(This Attachment may be used with any Judicial Council form.)

## THIRD CAUSE OF ACTION FOR STATUTORY (UNRUH/ADA) VIOLATIONS AGAINST DEFENDANTS, AND EACH OF THEM

Defendants, and each of them, are subject to the requirements of Health & Safety Code Section 19955; Civil Code Sections 51 et seq., 52 et seq., 52(a), 54, 54.1 & 54.3; and Title II of the Americans with Disabilities Act of 1990.

At all times relevant herein, Plaintiff, CRISTINA PEREZ, was/is legally blind and considered a disabled American. She is a protected member of the class of persons protected by the laws identified herein. Defendants, and each of them, are in violation of these laws because they had created and had actual and/or constructive notice of a dangerous conditions which resulted in Plaintiff's injuries and damages.

On March 17, 2021, Plaintiff was a person with physical disabilities which, in part, prevented her from being able to see/walk without an assistive device (e.g., walker) and was a paying passenger/customer of defendants. At said time, defendants failed to provide Plaintiff with proper legal access to their vehicle for transportation. The denial of access was in violation of California's legal requirements, and Plaintiff suffered a violation of her civil rights to full and equal access, was severely injured, and was embarrassed and humiliated.

Defendants' actions and omissions and failure to act as a reasonable and prudent public accommodation violates § 51 of the *Civil Code*, which, without limitation, incorporates violations of the Americans with Disabilities Act of 1990 (ADA). The ADA was separately and wholly violated in and of itself, and as such is hereby pled by reference as if fully set forth herein as a separate cause of action.

The acts and omissions of Defendants stated herein are discriminatory in nature and in violation of *Civil Code* § 51.5. Defendants' acts and omissions as specified denied Plaintiff full and equal accommodations, advantages, facilities, privileges, and services in a business establishment, on the basis of physical disability, in violation of *Civil Code* §§ 51 and 51.5.

At all times relevant to this cause of action, *Civil Code* § 54 has provided that persons with physical disabilities are not to be discriminated against because of physical handicap or disability and must be provided with full and equal access to all public accommodations. *Civil Code* § 54.1(d) further provides that a violation of the Americans with Disabilities Act of 1990 constitutes a violation of *Civil Code* § 54.1.

Plaintiff was/is a person within the meaning of *Civil Code* § 54.1 whose rights were infringed upon and violated by the defendants, and each of them, as prescribed by §§ 54 and 54.1. A separate act in violation of §§ 54 and 54.1 has been committed each day that defendants fail and refuse to remedy their discriminatory policy and procedures which denies full and equal access for persons with physical disabilities to the subject service/vehicle being used to transport Plaintiff.

As a legal result of the violations of Plaintiff's civil rights, she suffered the damages set forth herein and is entitled to, without limitation, the rights and remedies set forth in *Civil Code* 52(a), which include (without limitation): her damages, a trebling of her actual damages to be no less than $4,000, as well as attorney's fees and costs.

As a result of defendants' violations of *Civil Code* §§ 54 and 54.1, plaintiff is entitled to recover, without limitation, pursuant to *Civil Code* § 54.3, actual damages, and an amount to be determined by a jury of up to three times actual damages, but in no case less than $1,000. Plaintiff is further entitled to recover her attorney's fees.

As a result of the denial of equal access to the subject service/vehicle due to the acts and omissions of the defendants, and each of them, in owning, operating, and maintaining the subject transportation service/vehicle, Plaintiff suffered violations of her civil rights, including, but not limited to, her rights under §§ 54, 54.1, and 54.3 of the *Civil Code*, and suffered severe physical injuries. Defendants' actions and omissions to act constituted discrimination against Plaintiff on the sole basis that she was a person that represents persons with physical disabilities. Plaintiff shall further be entitled to appropriate equitable remedies to be proven at trial.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ____ of ____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder