# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | No. 2:22-cv-07308-GW-MAR | Date | November 4, 2022 |
|---|---|---|---|
| Title | *Christina Perez v. Modivcare Solutions LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

At the upcoming November 14, 2022, Scheduling Conference to be held in this action, the Court will ask the parties to address the question of why case law such as *Rains v. Criterion Sys., Inc.*, 80 F.3d 339 (9th Cir. 1996), does not preclude a conclusion that federal question jurisdiction exists with respect to this matter. *See id.* at 346 ("When a claim can be supported by alternative and independent theories – one of which is a state law theory and one of which is a federal law theory – federal question jurisdiction does not attach because federal law is not a necessary element of the claim."); *see also Nev. v. Bank of Am. Corp.*, 672 F.3d 661, 674-75 (9th Cir. 2012); *Castillo v. Tamara Mellon Brand, Inc.*, No. CV 19-10466-GW-MRWX, 2020 WL 703693 (C.D. Cal. Feb. 10, 2020) (applying *Rains* in Unruh/ADA context) (Wu, Dist. J.).

It is so ordered.

| | : |
|---|---|
| Initials of Preparer | JG |