**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7308-GW-MARx | Date | December 20, 2022 |
|---|---|---|---|
| Title | *Christina Perez v. Modivcare Solutions LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO REMAND**

On December 16, 2022, Plaintiff Christina Perez filed a First Amended Complaint. The only remaining causes are the state causes of action. For reasons stated at the Court's hearing on December 8, 2022, the Court declines to exercise supplemental jurisdiction over the state causes of action and hereby remands the matter to state court.

:

Initials of Preparer   JG